NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,   )<br>   )<br>             Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>SANTO PERDOMO,   )<br>   )<br>             Defendant.   )<br>   )<br>_____ ) | Case No. 3:01-cr-00038-03-JKS<br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

   COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 31st day of July, 2007, in Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/ Retta-Rae Randall
          Assistant United States Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, #9, Rm 253
          Anchorage, Alaska  99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: rettarae.randall@usdoj.gov