NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-5011
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANTO PERDOMO,<br><br>Defendant. | ) Case No. 3:01-cr-00038-03-JKS<br>)<br>)<br>) STATUS REPORT PURSUANT TO<br>) COURT'S ORDER<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

      RESPECTFULLY SUBMITTED this 5th day of August, 2008, at Anchorage, Alaska.

      NELSON. P. COHEN
United States Attorney

s/Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-5011
Email: audrey.renschen@usdoj.gov